```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

              -against-

RYAN EVANS,

                          Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/17/2022_

22 Cr. 229 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing in this matter scheduled for June 28, 2022, is ADJOURNED to **July 7, 2022**, at **11:00 a.m.** Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

      SO ORDERED.

Dated: May 17, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge