UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RYAN EVANS,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/6/2022_

22 Cr. 229 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The sentencing in this matter scheduled for July 7, 2022, is ADJOURNED to **July 27, 2022**, at **2:00 p.m.**

       SO ORDERED.

Dated: July 6, 2022
       New York, New York

                                                               ANALISA TORRES
                                             United States District Judge