March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

<u>CONSENT TO PROCEED BY
VIDEOCONFERENCE</u>

                                     -v-

22 <u> </u> -CR- <u>229</u> <u>  </u>(<sup>AT</sup>) (__)

Ryan Evans                              ,

                                     Defendant(s).

-----------------------------------------------------------------X

Defendant _____Ryan Evans_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

____   Initial Appearance/Appointment of Counsel

____   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

____   Preliminary Hearing on Felony Complaint

____   Bail/Revocation/Detention Hearing

__X__  Status and/or Scheduling Conference

____   Misdemeanor Plea/Trial/Sentence


_____AW pp Ryan Evans_____          _____Ariel Werner_____
Defendant's Signature                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ryan Evans                              Ariel Werner
_____                   _____
Print Defendant's Name                  Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


_____7/19/2022_____                 _____
Date                                    U.S. District Judge/U.S. Magistrate Judge