```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/25/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

Ryan Evans,

                 Defendant.

22 Cr. 229 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter scheduled for July 27, 2022, at 2:00 p.m. is RESCHEDULED to **July 27, 2022**, at **11:00 a.m.** The conference shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/covid-19-coronavirus.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

    SO ORDERED.

Dated: July 25, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge